EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

THOMAS J. BRADY
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 28 2002

at ____ o'clock and 22 min. P.M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>RODNEY ASUEGA,      (01)<br>MILTON AIFILI,     (02)<br><br>       Defendants. | CR. NO. CR02 00098 HG<br><br>INDICTMENT<br><br>[21 U.S.C. §§ 846, 841(a)(1),<br> 18 U.S.C. § 2] |

INDICTMENT

COUNT 1

The Grand Jury charges that:

On or about March 24, 2000, in the District of Hawaii, RODNEY ASUEGA and MILTON AIFILI, as aiders and abettors, did knowingly and intentionally possess with intent to distribute in excess of five grams of cocaine base, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance.

SEALED
BY ORDER OF THE COURT

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

COUNT 2

The Grand Jury further charges that:

On or about March 24, 2000, in the District of Hawaii, RODNEY ASUEGA and MILTON AIFILI, as aiders and abettors, did knowingly and intentionally possess with intent to distribute in excess of 500 grams of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

COUNT 3

The Grand Jury further charges that:

On or about July 20, 2000, in the District of Hawaii, RODNEY ASUEGA and MILTON AIFILI, as aiders and abettors, did knowingly and intentionally possess with intent to distribute and distribute in excess of 5 grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT 4

The Grand Jury further charges that:

From a date unknown, but from at least June 1994, to on or about October 2000, within the District of Hawaii and elsewhere, RODNEY ASUEGA and MILTON AIFILI, defendants herein, did conspire with each other, and others known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute in excess of 5 grams of cocaine base, its salts, optical and geometric isomers, and salts of isomers, in excess of 500 grams of cocaine, its salts, optical and geometric isomers, and salts of isomers, and in excess of 5 grams of methamphetamine, its salts, isomers, and salts of its isomers, all Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

## OVERT ACTS

In furtherance of the conspiracy and to accomplish the objects thereof, the following overt acts were committed in the District of Hawaii and elsewhere by members of the conspiracy:

1. On or about May 1999, RODNEY ASUEGA caused a parcel to be delivered at 854 Lukepane Street, Apartment #2, Honolulu, Hawaii. MILTON AIFILI recovered the parcel, which contained cocaine and methamphetamine.

2. On or about March 24, 2000, RODNEY ASUEGA caused another parcel to be delivered at 854 Lukepane Street, Apartment

3

#2, Honolulu, Hawaii. ASUEGA provided a handwritten sign, which instructed the mailman to leave the package inside the screen door. The parcel contained cocaine base, cocaine, and methamphetamine.

    3. On or about April 2000, RODNEY ASUEGA, through the use of MILTON AIFILI, "fronted" an ounce of methamphetamine to another individual. MILTON AIFILI drove to the Foodland grocery store parking lot on King Street, Honolulu, Hawaii, and delivered the one-ounce of methamphetamine to another person.

    All in violation of Title 21, United States Code, Section 846.

DATED: _March 28, 2002_, at Honolulu, Hawaii.

A TRUE BILL

/s/ _____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
THOMAS J. BRADY
Assistant U.S. Attorney

UNITED STATES V. RODNEY ASUEGA, ET AL.
Cr. No.
"Indictment"

4